IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY STOKLEY, JR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-3657-M |
| | § | |
| HOME SERVICING, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since the plaintiff has not filed an amended complaint as allowed by the recommendation, *Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)*, filed October 24, 2014 (doc. 8), is **GRANTED in part**. By separate judgment, all the plaintiff's claims against the defendant will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

**SIGNED** this 4th day of August, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS